DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Zvonko Sarlog, | ) | |
| | ) | CASE NO. 1:07 CR 434 |
| Plaintiff-Defendant, | ) | (Civil Case No. 1:08 CV 2544) |
| | ) | |
| v. | ) | JUDGMENT ENTRY |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant-Plaintiff. | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, the petition for habeas relief is denied. The Court declines to issue a certificate of appealability finding no basis for a certificate of appealability. Case Closed.

IT IS SO ORDERED.

  December 22, 2008            /s/ David D. Dowd, Jr.
Date                          David D. Dowd, Jr.
                              U.S. District Judge